UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00273-RJC
(3:14-cr-00099-RJC-2)

| | |
|---|---|
| EL TAMON MAURICE GREENE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion following the filing of the Government's Response to Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. (Doc. No. 3.) In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court notifies Petitioner that he has a right to reply to the Government's Response.[1] The Court also advises Petitioner that failure to reply may result in dismissal of his § 2255 Motion to Vacate without further notice.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have thirty (30) days from entrance of this Order to reply to the Government's Response.

Signed: August 8, 2017

Robert J. Conrad, Jr.
United States District Judge

---

[1] The Fourth Circuit did not hold in Roseboro that such notice is required for a response by the Government. Rather, the Fourth Circuit's discussion in Roseboro was directed to summary judgment motions. See Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) ("We agree with the plaintiff, however, that there is another side to the coin which requires that the plaintiff be advised of his right to file counter-affidavits or other responsive material and alerted to the fact that his failure to so respond might result in the entry of summary judgment against him."). Nevertheless, courts routinely issue Roseboro notices for other pleadings by the Government, and the Court does so here.