# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **El Tamon Maurice Greene,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:17-cv-00273-RJC |
| | ) | 3:14-cr-00099-RJC-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2021 Order.

March 29, 2021

Frank G. Johns, Clerk
United States District Court